IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CESAR OCTAVIO LOPEZ-MARTINEZ,

Petitioner,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the United States Department of Homeland Security; TODD BLANCHE, in his official capacity as Attorney General of the United States; DAVID VENTURELLA, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; DAVID EASTERWOOD, in his official capacity as Acting Field Office Director, St. Paul Field Office, United States Immigration and Customs Enforcement; and JEROME KRAMER, in his official capacity as Sheriff of Lincoln County Detention Center,

Respondents.

**4:26CV3210**

**ORDER TO SHOW CAUSE**

This matter is before the Court on petitioner Cesar Octavio Lopez-Martinez's ("Lopez-Martinez") Verified Petition for Writ of Habeas Corpus (Filing No. 1). *See* 28 U.S.C. §§ 2241, 2243. On August 26, 2026, the Court granted Lopez-Martinez's Motion for Order to Show Cause (Filing No. 8) and ordered respondent Jerome Kramer ("Kramer"), the Sheriff of Lincoln County and Lopez-Martinez's immediate physical custodian to show cause why his petition should not be granted. *See Rumsfeld v. Padilla*, 542 U.S. 426, 427 (2004).

Kramer has responded but offered little of value (Filing No. 11). He summarily states that Lopez-Martinez "is detained pursuant to an agreement between the Lincoln County Detention Center and the United States Immigration and Customs Enforcement by

which the Lincoln County Detention Center has agreed to hold pre-trial detainees." Reporting that he possesses no facts or information related "to the true causes for [Lopez-Martinez's] detainment," Kramer takes no "position on the substantive issues raised in" his petition or its merits.

To afford the federal respondents an opportunity to address "the important federal questions in this case" and to allow them to protect their interests, the Court ordered the Clerk of Court to provide a copy of the Order to Show Cause to the United States Attorney for the District of Nebraska. To date, she has not responded, and none of the federal respondents has appeared in the case.[1]

Given the nature of Lopez-Martinez's detention and Kramer's indifference, a federal response is now imperative. For that reason,

IT IS ORDERED:

1. The Clerk of Court shall, before docketing this Order to Show Cause, add Assistant United States Attorneys Christopher L. Ferretti and Eric W. Synowicki as counsel for the federal respondents and shall, after doing so, regenerate the filing for the petition.
2. The federal respondents shall show cause on or before October 14, 2026, why Cesar Octavio Lopez-Martinez's Verified Petition for Writ of Habeas Corpus should not be granted.
3. Lopez-Martinez shall then have seven days to file any reply.
4. When the matter is fully briefed, the Court will determine whether to hold a hearing.

Dated this 7th day of October 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge

---

[1]Lopez-Martinez reports that he served summons on each of the respondents by certified mail on August 10, 2026.